# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Amy Jean Houston,<br>                        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                        Defendants. | No.  CV16-02747-PHX-DGC<br><br>**ORDER** |
| James Leroy Gause,<br>                        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                        Defendants. | No.  CV16-02839-PHX-DGC<br><br>**ORDER** |
| Yolanda Kelly,<br>                        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                        Defendants. | No.  CV16-02841-PHX-DGC<br><br>**ORDER** |
| Carol May Spears and Dale Spears,<br>                        Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                        Defendants. | No.  CV16-02883-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Sarah Jane Russell,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-02920-PHX-DGC<br><br>**ORDER** |
| Carol Ann Rotondo,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-2922-PHX-DGC<br><br>**ORDER** |
| Daniel Joseph Kelly and Mary Ellen Kelly,<br>                    Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-02999-PHX-DGC<br><br>**ORDER** |
| Gayola Jiles,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-03022-PHX-DGC<br><br>**ORDER** |
| Matthew Edward Schmid,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-03081-PHX-DGC<br><br>**ORDER** |
| Steve Gary Nelson,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-03082-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Joseph Donald Branham,<br><br>            Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>            Defendants. | No.  CV16-03093-PHX-DGC<br><br><br>**ORDER** |
| Stewart Tony Moore,<br><br>            Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>            Defendants. | No.  CV16-03366-PHX-DGC<br><br><br>**ORDER** |
| Terri L. Grimes,<br><br>            Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>            Defendants. | No.  CV16-03381-PHX-DGC<br><br><br>**ORDER** |
| Rose Ann Hoffman as representative of the estate of Kevin Lee Hoffman,<br><br>            Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>            Defendants. | No.  CV16-03463-PHX-DGC<br><br><br>**ORDER** |
| Terry Angel and Sandra Ann Angel,<br><br>            Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>            Defendants. | No.  CV16-03467-PHX-DGC<br><br><br>**ORDER** |
| Cathy Jo Armstrong and James Armstrong,<br><br>            Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>            Defendants. | No.  CV16-03693-PHX-DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Margaret Elizabeth Hagood,<br><div align="center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No.  CV16-03798-PHX-DGC<br><br>**ORDER** |
| Ronald Eugene Bolt and Linda Jo Bolt,<br><div align="center">Plaintiffs,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No.  CV17-00063-PHX-DGC<br><br>**ORDER** |
| Alfredia Brown-Hay,<br><div align="center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No.  CV17-00064-PHX-DGC<br><br>**ORDER** |
| Danus Bryson Chrisley and Patricia Mclellan Chrisley<br><div align="center">Plaintiffs,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No.  CV17-00559-PHX-DGC<br><br>**ORDER** |
| Tyrone Roy Auzenne,<br><div align="center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No.  CV17-00655-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Loyd Lamar Tedder, Jr. and Linda Diane Hunt Tedder<br><br>     Plaintiffs,<br><br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV17-00711-PHX-DGC<br><br>**ORDER** |
| Debra Diane Alexander and Larry Dean Alexander<br><br>     Plaintiffs,<br><br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV17-00729-PHX-DGC<br><br>**ORDER** |
| Gwendolyn Misner,<br>     Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV17-00732-PHX-DGC<br><br>**ORDER** |
| Anthony Thomas Henson,<br>     Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV17-00866-PHX-DGC<br><br>**ORDER** |
| Tracie Lynn Taberski and Walter Alexander Taberski, Jr.<br><br>     Plaintiffs,<br><br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV17-00867-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Cleo Myles and Rose Marie Myles<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00880-PHX-DGC<br><br>**ORDER** |
| Patricia Kelly Hall and William Kevin Hall<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00901-PHX-DGC<br><br>**ORDER** |
| Sheila Kay Pults,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00904-PHX-DGC<br><br>**ORDER** |
| Joseph Wendal Desbien,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00971-PHX-DGC<br><br>**ORDER** |
| Jessica Anne Humphreys,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00974-PHX-DGC<br><br>**ORDER** |
| Lisa Ann Pegram Miller,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00980-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Raylene Michelle Skipping,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00983-PHX-DGC<br><br>**ORDER** |
| Richard Eugene Kozlowski,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-01004-PHX-DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 21914.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21914) is **granted**.  Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 19th day of March, 2021.

David G. Campbell
Senior United States District Judge